IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUA INSURANCE COMPANY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:09cv00643-HSO-JMR |
| | ) | |
| CHRISTIAN ALBERT d/b/a | ) | |
| COASTAL FOUNDATION SOLUTIONS, | ) | |
| LLC; NGUYEN CONSTRUCTION, INC.; | ) | |
| MILLENNIUM CONSTRUCTION, LLC; and | ) | |
| CHRISTIAN ALBERT, INDIVIDUALLY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## DEFAULT JUDGMENT

Before the Court is the motion of Plaintiff SUA Insurance Company ("SUA") for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and the Defendants, Christian Albert d/b/a Coastal Foundation Solutions, LLC; Nguyen Construction, Inc.; Millennium Construction, LLC; and Christian Albert, individually, having been duly served with the Summons and Complaint and not being infants or unrepresented incompetent persons and having failed to plead or otherwise defend, and their defaults having been duly entered and the defendants having taken no proceedings since such default was entered,

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff SUA Insurance Company, on grounds demanded in the complaint, declaring that that SUA has no duty do defend or indemnify Defendants in the lawsuit captioned *Susan Peterson v. Christian Albert, d/b/a Coastal Foundation Solutions, LLC; Nguyen Construction, Inc.; Millennium Construction, LLC; Christian Albert, personally and individually, and Unknown*

*Individuals X, Y, and Z, personally and individually*, cause number A-2402-08-67, in the Circuit Court of Harrison County, Mississippi, Second Judicial District (the "*Peterson* lawsuit").

**SO ORDERED**, this the 2nd day of December, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE